**GARBETT, STIPHANY, ALLEN & ROZA, P.A.**

MANN T.C. Mann, Inc.                                          36106

| Voucher | Date | Invoice Description | Matter | Amount |
|---|---|---|---|---|
| 38273 | 08/06/10 | 1302.477 3544-10 | 1302.477 | 96.00 |
| 38273 | 08/06/10 | 1302.477 3579-10 | 1302.477 | 120.00 |
| 38273 | 08/06/10 | 1302.477 3563-10 | 1302.477 | 136.00 |
| 38273 | 08/06/10 | 1302.477 3731-10 | 1302.477 | 80.00 |
| 38273 | 08/06/10 | 1302.477 3702-10 | 1302.477 | 80.00 |
| 38273 | 08/06/10 | 1302.477 3741-10 | 1302.477 | 120.00 |
| 38273 | 08/06/10 | 1302.477 3742-10 | 1302.477 | 120.00 |
| 38273 | 08/06/10 | 1302.477 3762-10 | 1302.477 | 120.00 |
| 38273 | 08/06/10 | 1302.477 3789-10 | 1302.477 | 120.00 |
| 38273 | 08/06/10 | 1302.477 3763-10 | 1302.477 | 120.00 |
|  | 10/21/10 | Total Paid |  | 1,112.00 |

LR2202M1     HARTSFIELD BUSINESS SYSTEMS, INC.   305-635-9417

PRINTED IN U.S

COMPOSITE EXHIBIT B

INVOICE

# T. C. MANN, INC.

1001 N. AMERICA WAY, SUITE 107
MIAMI, FLORIDA 33132-2029
TELEPHONE: (305) 577-0220
Fed. Tax I.D. 59-2618358

#1302.477

BILL TO:    GARBETT STIPHANY ALLEN & ROZA, P.A.

ATTORNEY:   JOSEPH D. PERKINS, ESQ.

INVOICE No.: 3544-10

AUG 6, 2010

CASE NO.: 10-CV080043 RYSKAMP

REGIONS BANK VS:
CHICAGO TITLE INSURANCE CO.


   1) SCOTT A. GUZZI              (BROWARD)$96.00
                                   RUSH


O.K.
693

INVOICE

# T. C. MANN, INC.

1001 N. AMERICA WAY, SUITE 107
MIAMI, FLORIDA 33132-2029
TELEPHONE: (305) 577-0220

Fed. Tax I.D. 59-2618358

#1302.477

BILL TO:    GARBETT STIPHANY

ATTORNEY:   JOSEPH D. PERKINS, ESQ.

INVOICE No.: 3579-10

AUG 9, 2010

CASE NO.: 10 CV 80043 RYSKAMP

REGIONS BANK VS:
CHICAGO TITLE INS. CO.


   1) DONALD D. DANIELS          (RUSH)(PLM ECH)    $120.00


O.K.

INVOICE

# T. C. MANN, INC.

1001 N. AMERICA WAY, SUITE 107
MIAMI, FLORIDA 33132-2029
TELEPHONE: (305) 577-0220

Fed. Tax I.D. 59-2618358

*#1302.477*

**BILL TO:** GARBETT STIPHANY ALLEN & ROZA, P.A.

**ATTORNEY:** JOSEPH D. PERKINS, ESQ.

**INVOICE No.:** 3563-10

AUG 9, 2010

CASE NO.: 10-CV-80043 RYSKAMP

REGIONS BANK VS:
CHICAGO TITLE INSURANCE CO.

| | | |
|---|---|---|
| 1) ALBERT PIAZZA | (BROWARD, RUSH) | $96.00 |
| 2nd add.: 100 SE 2nd ST., Ste. 2900, MIAMI | | 40.00 |
| | TOTAL | $136.00 |

O.K.

I N V O I C E

# T. C. MANN, INC.

1001 N. AMERICA WAY, SUITE 107
MIAMI, FLORIDA 33132-2029
TELEPHONE: (305) 577-0220

Fed. Tax I.D. 59-2618358

BILL TO: GARBETT STIPHANY

ATTORNEY: JOSEPH D. PERKINS, ESQ.

INVOICE No.: 3731-10

*# 1302.477*

---

AUG 17, 2010

CASE NO.: 10 CV 80043 RYSKAMP

REGIONS BANK VS:
CHICAGO TITLE INS. CO.

    1) JEFFREY M. KELLY       (RUSH)   $80.00

*O.K.*

INVOICE

# T. C. MANN, INC.

1001 N. AMERICA WAY, SUITE 107
MIAMI, FLORIDA 33132-2029
TELEPHONE: (305) 577-0220

Fed. Tax I.D. 59-2618358

#1302.477

BILL TO:     GARBETT STIPHANY

ATTORNEY:    JOSEPH D. PERKINS, ESQ.

INVOICE No.:  3702-10

---

AUG 16, 2010

CASE NO.: 10 CV 80043 RYSKAMP

REGIONS BANK VS:
CHICAGO TITLE INS. CO.


        1) ALBERT PIAZZA                    (RUSH)   $80.00


                                                    O.K.
                                                    GT

INVOICE

# T. C. MANN, INC.

1001 N. AMERICA WAY, SUITE 107
MIAMI, FLORIDA 33132-2029
TELEPHONE: (305) 577-0220

Fed. Tax I.D. 59-2618358

*1302.477*

BILL TO:   GARBETT STIPHANY

ATTORNEY:  JOSEPH D. PERKINS, ESQ.

INVOICE No.: 3741-10

---

AUG 18, 2010

CASE NO.: 10 CV 80043 RYSKAMP

REGIONS BANK VS:
CHICAGO TITLE INS. CO.

1) IRAMIS CABRERA              (RUSH/P.B.)   $120.00

INVOICE

# T. C. MANN, INC.

1001 N. AMERICA WAY, SUITE 107
MIAMI, FLORIDA 33132-2029
TELEPHONE: (305) 577-0220

Fed. Tax I.D. 59-2618358

BILL TO:    GARBETT STIPHANY

ATTORNEY:   JOSEPH D. PERKINS, ESQ.

INVOICE No.: 3742-10

*1302.477*

---

AUG 18, 2010

CASE NO.: 10 CV 80043 RYSKAMP

REGIONS BANK VS:
CHICAGO TITLE INS. CO.


    1) ANTHONY M. LIBRIZZI              (RUSH/P.B.)   $120.00

INVOICE

# T. C. MANN, INC.

1001 N. AMERICA WAY, SUITE 107
MIAMI, FLORIDA 33132-2029
TELEPHONE: (305) 577-0220

Fed. Tax I.D. 59-2618358

BILL TO: GARBETT STIPHANY

ATTORNEY: JOSEPH D. PERKINS, ESQ.

INVOICE No.: 3762-10

1302.477

---

AUG 19, 2010

CASE NO.: 10 CV 80043 RYSKAMP

REGIONS BANK VS:
CHICAGO TITLE INS. CO.

1) BETTE LOWE                    (RX/P.B.)      $120.00

INVOICE

# T. C. MANN, INC.

1001 N. AMERICA WAY, SUITE 107
MIAMI, FLORIDA 33132-2029
TELEPHONE: (305) 577-0220

Fed. Tax I.D. 59-2618358

# 1302.477

BILL TO:      GARBETT STIPHANY

ATTORNEY:   JOSEPH D. PERKINS, ESQ.

INVOICE No.: 3789-10

AUG 20, 2010

CASE NO.: 10 CV 80043 RYSKAMP

REGIONS BANK VS:
CHICAGO TITLE INS. CO.

1) ROBERT C. SMITH            (P.B./RX)      $120.00

O.K.

INVOICE

# T. C. MANN, INC.

1001 N. AMERICA WAY, SUITE 107
MIAMI, FLORIDA 33132-2029
TELEPHONE: (305) 577-0220

Fed. Tax I.D. 59-2618358

BILL TO:  GARBETT STIPHANY

ATTORNEY:  JOSEPH D. PERKINS, ESQ.

INVOICE No.: 3763-10

*1302.477*

---

AUG 19, 2010

CASE NO.: 10CV80043 RYSKAMP

REGIONS BANK VS:
CHICAGO TITLE INS. CO.


1) J.M. HUEBNER                    (RX/P.B.)    $120.00

**GARBETT, STIPHANY, ALLEN & ROZA, P.A.**

36147

| MANN T.C. Mann, Inc. Voucher | Date | Invoice Description | Matter | 36147 Amount |
|---|---|---|---|---|
| 38274 | 08/23/10 | 1302.477 3808-10 | 1302.477 | 75.00 |
| | 11/03/10 | Total Paid | | 515.00 |

INVOICE

# T. C. MANN, INC.

1001 N. AMERICA WAY, SUITE 107
MIAMI, FLORIDA 33132-2029
TELEPHONE: (305) 577-0220

Fed. Tax I.D. 59-2618358

BILL TO:     GARBETT STIPHANY

ATTORNEY:   JOSEPH D. PERKINS, ESQ.          #1302. 477

INVOICE No.: 3808-10

---

AUG 23, 2010

CASE NO.: 10 CV 80043 RYSKAMP

REGIONS BANK VS:
CHICAGO TITLE INS. CO.


    1) CLEAR CHANNEL OUTDOOR, INC.          (LEON)     $75.00


O.K.

**GARBETT, STIPHANY, ALLEN & ROZA, P.A.**

36538

MANN T.C. Mann, Inc.

36538

| Voucher | Date | Invoice Description | Matter | Amount |
|---------|------|---------------------|--------|--------|
| 39001 | 12/22/10 | 6152-10 SERV Michael Y. Cannon | 1302.477 | 80.00 |
| | 02/17/11 | Total Paid | | |

LR2202M1    HARTSFIELD BUSINESS SYSTEMS, INC.   305-635-9417                                      PRINTED IN U.S

INVOICE

# T. C. MANN, INC.

V-39001

12110

1001 N. AMERICA WAY, SUITE 107
MIAMI, FLORIDA 33132-2029
TELEPHONE: (305) 577-0220

Fed. Tax I.D. 59-2618358

BILL TO: GARBETT STIPHANY

ATTORNEY: JOSEPH D. PERKINS, ESQ.

INVOICE No.: 6152-10

DEC 22, 2010

CASE NO.: 10 CV 80043 RYSKAMP

1302.477

REGIONS BANK VS:
CHICAGO TITLE INS. CO.

    1) MICHAEL Y. CANNON         (RUSH)    $80.00

O.K.

**GARBETT, STIPHANY, ALLEN & ROZA, P.A.**

36678

MANN T.C. Mann, Inc.                                                          36678

| Voucher | Date | Invoice Description | Matter | Amount |
|---------|------|--------------------|--------|--------|
| 39002 | 01/03/11 | 0005-11 SERV Jay M. Huebner | 1302.477 | 120.00 |
| 39003 | 01/03/11 | 0004-11 SERV Bette Lowe | 1302.477 | 120.00 |
| 39047 | 01/05/11 | 0039-11 Gregory J. Hibbs | 1302.477 | 80.00 |

| | 03/24/11 | Total Paid | | 330.00 |

INVOICE

# T. C. MANN, INC.

1001 N. AMERICA WAY, SUITE 107
MIAMI, FLORIDA 33132-2029
TELEPHONE: (305) 577-0220

Fed. Tax I.D. 59-2618358

BILL TO:    GARBETT STIPHANY ALLEN & ROZA, P.A.

ATTORNEY: JOSEPH D. PERKINS, ESQ.

INVOICE No.: 0004-11

---

JAN 3, 2011

CASE NO.: 10-CV-80043 RYSKAMP

1302.477

REGIONS BANK VS:
CHICAGO TITLE INSURANCE CO.

1) BETTE LOWE                          (PALM BCH.)
                                        RUSH        $120.00

OK GR

V-39007
01/11

# I N V O I C E

# T. C. MANN, INC.

1001 N. AMERICA WAY, SUITE 107
MIAMI, FLORIDA 33132-2029
TELEPHONE: (305) 577-0220

Fed. Tax I.D. 59-2618358

BILL TO: GARBETT STIPHANY ALLEN & ROZA, P.A.

ATTORNEY: JOSEPH D. PERKINS, ESQ.

INVOICE No.: 0005-11

---

JAN 3, 2011

CASE NO.: 10-CV-80043RYSKAMP

REGIONS BANK VS:
CHICAGO TITLE INSURANCE CO.

1302.477

1) JAY M. HUEBNER                    (PALM BCH.)   $120.00
                                     RUSH

O.K.

INVOICE

# T. C. MANN, INC.

1001 N. AMERICA WAY, SUITE 107
MIAMI, FLORIDA 33132-2029
TELEPHONE: (305) 577-0220

Fed. Tax I.D. 59-2618358

V-39047
011 11

BILL TO:   GARBETT STIPHANY ALLEN & ROZA, P.A.

ATTORNEY:   JOSEPH D. PERKINS, ESQ.

INVOICE No.:  0039-11

JAN 5, 2011

CASE NO.: 10-CV-80043 RYSKAMP          132.477

REGIONS BANK VS:
CHICAGO TITLE INSURANCE CO.

1) GREGORY J. HIBBS            (RUSH)          $80.00
   (no svc.)

O.K.