**GARBETT, STIPHANY, ALLEN & ROZA, P.A.**                                    36321

VFR534 Veritext/Florida Reporting Co.                                36321
Voucher    Date         Invoice Description                Matter           Amount

38449     09/21/10     175101 deposition transcripts       1302.477        1,797.20
38450     09/21/10     175107 deposition transcripts       1302.477          434.80




             Total Paid


LR2202M1    HARTSFIELD BUSINESS SYSTEMS, INC.  305-635-9417                      PRINTED IN U.S.A



COMPOSITE EXHIBIT D

# INVOICE

**Veritext Florida Reporting Co.**
**A Veritext Company**
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800 Fax: 305-377-1100

*[handwritten: V38449 9/10 O.K. GTS]*

**Bill To:** Erin S. Miller (assistant)
Garbett Stiphany Allen & Roza
80 SW 8th Street
Ste # 3100
Miami, FL 33130

**Invoice #:** FL 175101
**Invoice Date:** 09/21/2010
**Balance Due:** $ 1,797.20

| | |
|---|---|
| **Case:** Regions Bank v. Chicago Title Insurance<br>**Job #:** 184370  \|  Job Date: 9/2/2010  \|  Delivery: Normal<br>**Billing Atty:** Gary T. Stiphany<br>**Location:** Garbett Bronstein Stiphany<br>80 SW 8th Street \| Ste # 3100 \| Miami, FL 33130<br>**Sched Atty:** Joseph Perkins<br>**Deposing Atty:** Gary T. Stiphany | *[handwritten: 1302.477]* |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Michael Y. Cannon | Attendance Fee (appearance) | 1 | 1.00 | $85.00 |
| 2 | | Additional hours | Hour | 6.00 | $240.00 |
| 3 | | Attendance - hourly | Hour | 1.00 | $50.00 |
| 4 | | Transcript - Original & 1 copy | Page | 277.00 | $1,218.80 |
| 5 | | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| 6 | | Exhibits Scanned & OCRED | Per page | 174.00 | $147.90 |
| 7 | | Shipping & handling | Package | 1.00 | $16.50 |

**Notes:** 10:00 - 12:00 & 1:15 - 6:00 PM

| | |
|---|---|
| Invoice Total: | $1,797.20 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $1,797.20 |

Fed. Tax ID: 20-3132569     Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.

# INVOICE

**Veritext Florida Reporting Co.**
**A Veritext Company**
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800  Fax: 305-377-1100

V38450
9/10

**Bill To:** Erin S. Miller (assistant)
Garbett Stiphany Allen & Roza
80 SW 8th Street
Ste # 3100
Miami, FL 33130

G.K.

| | |
|---|---|
| Invoice #: | FL 175107 |
| Invoice Date: | 09/21/2010 |
| Balance Due: | $ 434.80 |

| Case: | Regions Bank v. Chicago Title Insurance |
|---|---|
| Job #: | 184606  \|  Job Date: 9/3/2010  \|  Delivery: Normal |
| Billing Atty: | **Joseph Perkins** |
| Location: | Veritext FT. Lauderdale |
| | 1 East Broward Boulevard \| Suite 1101 \| FT. Lauderdale, FL 33301 |
| Sched Atty: | Joseph Perkins |
| Deposing Atty: | Joseph Perkins |

1302.477

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Gregory Hibbs | Transcript - Original & 1 copy | Page | 75.00 | $330.00 |
| 2 | | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| 3 | | Exhibits Scanned & OCRED | Per page | 58.00 | $49.30 |
| 4 | | Shipping & handling | Package | 1.00 | $16.50 |

**Notes:**

| | | |
|---|---|---|
| | Invoice Total: | $434.80 |
| | Payment: | |
| | Credits: | |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | |
| | Interest: | $0.00 |
| | Balance Due: | $434.80 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**GARBETT, STIPHANY, ALLEN & ROZA, P.A.**

36221

FRANKLIN Franklin Court Reporting, Inc.   36221

| Voucher | Date | Invoice Description | Matter | Amount |
|---|---|---|---|---|
| 38714 | 11/18/10 | Regions v Chicago Title hearing transcript | 1302.477 | 108.54 |

Total Paid

# Cate Hardee

**From:** Stephen W. Franklin [sfranklinusdc@aol.com]
**Sent:** Wednesday, November 17, 2010 4:30 PM
**To:** Cate Hardee
**Subject:** Re: 9:10-cv-80043-KLR

Please follow these instructions to receive your transcript:

Your firm's check **MUST** be made payable in the amount of *$108.54* to ***FRANKLIN COURT REPORTING, INC.,*** and Fedexed/mailed to ***2551 INISBROOK ROAD, WEST PALM BEACH, FL 33407.***

Please include a cover letter listing the style of the case, date of the hearing and email address where you'd like to receive your transcript.

If you are Fedexing, please put no signature required, as this is my home address.

Upon payment, your transcript will be emailed to you within 30 days.

Regards,

Stephen W. Franklin
Official Court Reporter
Hon. Kenneth A. Marra
United States District Judge
561-644-1438


-----Original Message-----
From: Cate Hardee <CHardee@gsarlaw.com>
To: Stephen W. Franklin <sfranklinusdc@aol.com>
Sent: Wed, Nov 17, 2010 4:26 pm
Subject: RE: 9:10-cv-80043-KLR

Within 30 days please. Thank you for the fast response!

Cate Hardee
Legal Assistant to:
  Gary T. Stiphany, Esq.
  Antar K. Vaughan, Esq.
Garbett, Stiphany, Allen & Roza P.A.
Brickell Bayview Centre
80 S.W. Eighth Street, Suite 3100
Miami, Florida 33130
Telephone: (305) 536-8867
Facsimile: (305) 579-4722
Email: CHardee@gsarlaw.com

NOTICE: This message is from the law firm of Garbett, Stiphany, Allen & Roza, P.A. The information contained in this electronic mail transmission and any attachments may contain legally privileged or confidential information and may be protected by legal privilege. This message is intended only for the individual or entity to which it is directed. If you are not the addressee, or if this message has been addressed to you in error, you are not authorized to use, read, copy or distribute this message and any attachments, and we ask that you please immediately delete this message and attachments (including all copies), and notify the sender by return e-mail or telephone at (305) 536-8855 (collect) so that our records can be corrected. Delivery of this message and any attachments to any person other than the intended recipient(s) is not intended in any way to waive confidentiality or privilege. All personal messages express views only of the sender, which are not to be attributed to Garbett, Stiphany, Allen & Roza, P.A. and may not be distributed or copied without this statement.
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code, or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Stephen W. Franklin [mailto:sfranklinusdc@aol.com]
**Sent:** Wednesday, November 17, 2010 4:22 PM
**To:** Cate Hardee
**Subject:** Re: 9:10-cv-80043-KLR

Please specify the time frame in which you will need the transcript?

30-day (4.02 per page)
14-day (4.68 per page)
7-day (5.34 per page)


Regards,

Stephen W. Franklin
Official Court Reporter
Hon. Kenneth A. Marra
United States District Judge
561-644-1438



-----Original Message-----
From: Cate Hardee <CHardee@gsarlaw.com>
To: Stephen_Franklin@flsd.uscourts.gov <Stephen_Franklin@flsd.uscourts.gov>
Sent: Wed, Nov 17, 2010 4:01 pm
Subject: 9:10-cv-80043-KLR

Dear Mr. Franklin: Mr. Stiphany would like a copy of the transcript of the hearing held in the above-referenced case on 11-16-10. Please advise if you need anything from me for the transmittal.

Cate Hardee
Legal Assistant to:
 Gary T. Stiphany, Esq.
 Antar K. Vaughan, Esq.
Garbett, Stiphany, Allen & Roza P.A.
Brickell Bayview Centre
80 S.W. Eighth Street, Suite 3100
Miami, Florida 33130
Telephone: (305) 536-8867
Facsimile: (305) 579-4722
Email: CHardee@gsarlaw.com

NOTICE: This message is from the law firm of Garbett, Stiphany, Allen & Roza, P.A. The information contained in this electronic mail transmission and any attachments may contain legally privileged or confidential information and may be protected by legal privilege. This message is intended only for the individual or entity to which it is directed. If you are not the addressee, or if this message has been addressed to you in error, you are not authorized to use, read, copy or distribute this message and any attachments, and we ask that you please immediately delete this message and attachments (including all copies), and notify the sender by return e-mail or telephone at (305) 536-8855 (collect) so that our records can be corrected. Delivery of this message and any attachments to any person other than the intended recipient(s) is not intended in any way to waive confidentiality or privilege. All personal messages express views only of the sender, which are not to be attributed to Garbett, Stiphany, Allen & Roza, P.A. and may not be distributed or copied without this statement.
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code, or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

=
=

**GARBETT, STIPHANY, ALLEN & ROZA, P.A.**

| Voucher | Date | Invoice Description | Matter | 36372 | 36372 |
|---|---|---|---|---|---|
| STIPES Pauline Stipes | | | | | |
| 39049 | 01/11/11 | 01 11 11-1 Trial Transcript | 1302.477 | Amount | 300.00 |

Total Paid

LR2202M1  HARTSFIELD BUSINESS SYSTEMS, INC.  306-635-9417

PRINTED IN U.S.A.

# CHECK REQUEST

**TO:** ACCOUNTING

APPROVED BY: <u>GTS</u>   SECRETARY _Cate_   DATE _1/11/11_

CLIENT NAME: _RB v. CTC_

FILE NAME: _1302.477_

FILE NUMBER: _____

PLEASE ISSUE CHECK FROM   ☐ GENERAL ACCT   ☐ TRUST ACCT   ☐ RETAINER ACCT

FOR: (1) $ _300.00_ PAYABLE TO: _Pauline Stipes_

(2) $ _____ PAYABLE TO: _____

(3) $ _____ PAYABLE TO: _____

PURPOSE OF CHECK:

(1) _Hearing Transcript at Trial_ VOUCHER NO. _39049_

(2) _____ VOUCHER NO. _____

(3) _____ VOUCHER NO. _____

COMMENTS: _____

**GARBETT, STIPHANY, ALLEN & ROZA, P.A.** 36659

| Voucher | Date | Invoice Description | Matter | 36659 Amount |
|---|---|---|---|---|
| STIPES Pauline Stipes | | | | |
| 39431 | 03/17/11 | 03 17 11-1 Deposit - Trial Transcript | 1302.477 | 2,500.00 |

| 03/17/11 | Total Paid | | | 2,500.00 |

LR2202M1  HARTSFIELD BUSINESS SYSTEMS, INC. 305-635-9417

PRINTED IN U.S

# Cate Hardee

**From:** Gemma Guzman
**Sent:** Wednesday, March 16, 2011 10:21 AM
**To:** Cate Hardee
**Cc:** Gemma Guzman; Joseph Perkins
**Subject:** FW: RB v CHICAGO TITLE

Cate,

Please have a check request made for this. Pauline provides her address below.

Thank you,

Gemma Q. Guzman

Paralegal
gguzman@gsarlaw.com
**Garbett, Stiphany, Allen & Roza, P.A.**
Brickell Bayview Tower - 31st Floor
80 S.W. 8th Street
Miami, Florida 33130
Phone: (305) 536-8883
Fax: (305) 579-4722
*********************************************************************************
***************************************************************************

NOTICE: This message is from the law firm of Garbett, Stiphany, Allen & Roza, P.A. The information contained in this electronic mail transmission and any attachments may contain legally privileged or confidential information and may be protected by legal privilege. This message is intended only for the individual or entity to which it is directed. If you are not the addressee, or if this message has been addressed to you in error, you are not authorized to use, read, copy or distribute this message and any attachments, and we ask that you please immediately delete this message and attachments (including all copies), and notify the sender by return e-mail or telephone at (305) 536-8855 (collect) so that our records can be corrected. Delivery of this message and any attachments to any person other than the intended recipient(s) is not intended in any way to waive confidentiality or privilege. All personal messages express views only of the sender, which are not to be attributed to Garbett, Stiphany, Allen & Roza, P.A. and may not be distributed or copied without this statement. IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code, or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** paulinestipes@comcast.net [mailto:paulinestipes@comcast.net]
**Sent:** Tuesday, March 15, 2011 5:18 PM
**To:** Gemma Guzman
**Subject:** Re: RB v CHICAGO TITLE

Gemma, I need a $1500 deposit. Please send it to: Pauline Stipes, 2651 SW Buena Vista Dr., Palm City Fla. 34990
Thank you, I did receive Mr. Perkins email. Please send it
Fed Ex. if possible and I will start it over the weekend.
Pauline
----- Original Message -----
From: "Gemma Guzman" <Gguzman@gsarlaw.com>
To: paulinestipes@comcast.net
Cc: "Gemma Guzman" <Gguzman@gsarlaw.com>, "Cate Hardee" <CHardee@gsarlaw.com>
Sent: Tuesday, March 15, 2011 4:56:13 PM
Subject: RB v CHICAGO TITLE

1

Good Afternoon Pauline,

I am not sure if you have received Mr. Perkins email requesting the trial transcript on an expedited basis, but please see attached. Please let me know how much you need as a deposit, and I will have that to you immediately.

Thank you for your attention to this matter.

Kind Regards,

Gemma Q. Guzman

Paralegal
gguzman@gsarlaw.com
**Garbett, Stiphany, Allen & Roza, P.A.**
Brickell Bayview Tower - 31st Floor
80 S.W. 8th Street
Miami, Florida 33130
Phone: (305) 536-8886
Fax: (305) 579-4722
****************************************************************************************
******************************************************************************

NOTICE: This message is from the law firm of Garbett, Stiphany, Allen & Roza, P.A. The information contained in this electronic mail transmission and any attachments may contain legally privileged or confidential information and may be protected by legal privilege. This message is intended only for the individual or entity to which it is directed. If you are not the addressee, or if this message has been addressed to you in error, you are not authorized to use, read, copy or distribute this message and any attachments, and we ask that you please immediately delete this message and attachments (including all copies), and notify the sender by return e-mail or telephone at (305) 536-8855 (collect) so that our records can be corrected. Delivery of this message and any attachments to any person other than the intended recipient(s) is not intended in any way to waive confidentiality or privilege. All personal messages express views only of the sender, which are not to be attributed to Garbett, Stiphany, Allen & Roza, P.A. and may not be distributed or copied without this statement. IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code, or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**GARBETT, STIPHANY, ALLEN & ROZA, P.A.**                                                                                                36701

STIPES Pauline Stipes                                                                                       36701
| Voucher | Date     | Invoice Description                          | Matter    | Amount |
|---------|----------|----------------------------------------------|-----------|--------|
| 39499   | 03/29/11 | 03 29 11-6 Trial Transcript - Final payment  | 1302.477  | 430.00 |

|        | 03/29/11 | Total Paid |  | 430.00 |

LR2202M1    HARTSFIELD BUSINESS SYSTEMS, INC.  305-635-9417                                                          PRINTED IN U.S.A

**GARBETT, STIPHANY, ALLEN & ROZA, P.A.**                                                                                                36701

STIPES Pauline Stipes
| Voucher | Date     | Invoice Description                          | Matter    | Amount |
|---------|----------|----------------------------------------------|-----------|--------|
| 39499   | 03/29/11 | 03 29 11-6 Trial Transcript - Final payment  | 1302.477  | 430.00 |

# Cate Hardee

**From:** Gemma Guzman
**Sent:** Tuesday, March 29, 2011 9:35 AM
**To:** Cate Hardee
**Cc:** Gemma Guzman
**Subject:** FW: Regions Bank v. Chicago Title

Please prepare a check request for the balance and have GTS sign. Her address where payment should be mailed is below.

Thanks,

Gemma Q. Guzman

Paralegal
gguzman@gsarlaw.com
**Garbett, Stiphany, Allen & Roza, P.A.**
Brickell Bayview Tower - 31st Floor
80 S.W. 8th Street
Miami, Florida 33130
Phone: (305) 536-8883
Fax: (305) 579-4722

*****************************************************************************************
*********************************************************************************

NOTICE: This message is from the law firm of Garbett, Stiphany, Allen & Roza, P.A. The information contained in this electronic mail transmission and any attachments may contain legally privileged or confidential information and may be protected by legal privilege. This message is intended only for the individual or entity to which it is directed. If you are not the addressee, or if this message has been addressed to you in error, you are not authorized to use, read, copy or distribute this message and any attachments, and we ask that you please immediately delete this message and attachments (including all copies), and notify the sender by return e-mail or telephone at (305) 536-8855 (collect) so that our records can be corrected. Delivery of this message and any attachments to any person other than the intended recipient(s) is not intended in any way to waive confidentiality or privilege. All personal messages express views only of the sender, which are not to be attributed to Garbett, Stiphany, Allen & Roza, P.A. and may not be distributed or copied without this statement. IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code, or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** paulinestipes@comcast.net [mailto:paulinestipes@comcast.net]
**Sent:** Friday, March 25, 2011 7:10 PM
**To:** Gemma Guzman
**Subject:** Regions Bank v. Chicago Title

Dear Ms. Guzman:
The balance for the transcripts is $430.00. Please send me the balance as soon as possible.
Thank you, Pauline
My address:
Pauline Stipes
2651 SW Buena Vista Dr.
Palm City, Fla. 34990

1